IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 3:23-cr-6 (TES) |
| DEQUAVIOUS DUNN, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER OF DETENTION PENDING TRIAL**

On May 16, 2023, Defendant Dequavious Dunn appeared before the Court for an arraignment and detention hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure. Upon consideration of pretrial release, the parties acknowledged that Defendant is currently subject to state custody in connection with pending state matters. As such, Defendant has waived opposition to the motion for detention at this time. The Court hereby orders that Defendant be detained in federal custody pending resolution of the charges in this case. Should the pending state detention be resolved prior to the conclusion of this case, the Court will renew consideration of bond or release at Defendant's request.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 17th day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge